HERMAN SCHICKLER, Respondent, v. DAVID S. GORDON and LEONARD BICKWIT Individually and as Codirectors, etc., and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the January, 1927, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Jaycox, Manning, Young and Lazansky, JJ.

ARTHUR S. BOYD, Respondent, v. THE KENNY AGENCY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

MINNIE BRAUN, an Infant, by EUGENE BRAUN, Her Guardian ad Litem, Respondent, v. EDWARD T. JENKINS, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

JOHN G. CAVANAGH, Suing, etc., Appellant, v. JOHN WALTERS and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of DORA STUHLMAN, Respondent, v. DAVID PRICE, Appellant.— Order of filiation of the Court of Special Sessions of the City of New York, Borough of Brooklyn, reversed on the facts, and defendant discharged. We think the finding of the trial court was contrary to the weight of evidence. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

GEORGE A. DEVESTERN, Respondent, v. T. J. MITCHELL & Co., INC., Appellant.— Order denying motion to preclude plaintiff from offering evidence as to matters concerning which he was directed to serve bill of particulars affirmed with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ., concur.

JOHN FLANAGAN, Appellant, v. LILLIANNA HOLDING CORPORATION, Respondent, and Others, Defendants.— Order granting motion to dismiss amended complaint and canceling notice of pendency affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.

ANNA FRANK, Respondent, v. ELIZABETH MCGRATH FRANK, Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, unless within ten days from the entry of the order herein plaintiff stipulate to reduce the recovery of damages to the sum of $5,000, in which event the judgment as so modified is affirmed, without costs. No opinion. Kelly, P. J., Manning and Young, JJ., concur; Jaycox and Kapper, JJ., dissent, and vote for reversal and a new trial, upon the ground that the verdict is contrary to the evidence.

HEATH & COMPANY, Respondent, v. CHRISTIANE WOLDT, Appellant.— Judgment of the County Court of Nassau county, affirming a judgment of Justice's Court, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Young, Kapper and Lazansky, JJ.

JAMES KILBY and MARGUERITE S. HORNBAKER, Executors and Trustees, etc., of CAROLINE L. PECK, etc., Respondents, v. SCHOONMAKER-CONNERS Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.